IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Green, Carol

Printed:  1/8/08

Case Number:  07 B 01314
Judge:  Hollis, Pamela S

Filed:  1/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: April 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,778.17 |  |
| Secured: |  | 821.32 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 863.97 |
| Trustee Fee: |  | 92.88 |
| Other Funds: |  | 0.00 |
| Totals: | 1,778.17 | 1,778.17 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,523.00 | 863.97 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 15,595.15 | 821.32 |
| 4. | America's Servicing Co | Secured | 18,882.14 | 0.00 |
| 5. | Healthcare Associates | Unsecured | 1,005.10 | 0.00 |
| 6. | United Collection Bureau Inc | Unsecured | 253.76 | 0.00 |
| 7. | Capital One | Unsecured | 1,211.72 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 2,708.46 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 18,322.86 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 730.62 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 313.27 | 0.00 |
| 12. | Nicor Gas | Unsecured | 756.90 | 0.00 |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 62,302.98 | $ 1,685.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 25.18 |
| 5.4% | 67.70 |
|  | $ 92.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Green, Carol | Case Number:  07 B 01314 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  1/25/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

